IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00865-CMA-KMT

ENCOMPASS INSURANCE COMPANY,

    Plaintiff,

v.

ELIOT BROWN,
BUTTS, LLC, a Colorado limited liability company,
MOUNTAIN HOMES, LLC, a Colorado limited liability company,
RAMON ESCURE, and
BRIAN F. O'NEILL,

    Defendants.

---

## ORDER GRANTING STIPULATION OF DISMISSAL OF
## DEFENDANT RAMON ESCURE

---

This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Ramon Escure) (Doc. # 14).  Based on its review of the motion, the Court GRANTS the Stipulated Motion for Dismissal and ORDERS as follows:

Defendant Ramon Escure is hereby DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall pays his or its own attorney fees and costs.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Ramon Escure as a defendant in this case.

DATED: July __16__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge