**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00865-CMA-KMT

ENCOMPASS INSURANCE COMPANY,

    Plaintiff,

v.

ELIOT BROWN,
BUTTS, LLC, a Colorado limited liability company,
MOUNTAIN HOMES, LLC, a Colorado limited liability company, and
BRIAN F. O'NEILL,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
DEFENDANT BRIAN F. O'NEILL**

---

    This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Brian F. O'Neill) (Doc. # 17).  Based on its review of the motion, the Court GRANTS the Stipulated Motion for Dismissal and ORDERS as follows:

    Defendant Brian F. O'Neill is hereby DISMISSED WITH PREJUDICE.  It is

    FURTHER ORDERED that each party shall pay his or its own attorney fees and costs.  It is

    FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Brian F. O'Neill as a defendant in this case.

    DATED:  July __23__, 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge