**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00865-CMA-KMT

ENCOMPASS INSURANCE,

    Plaintiff,

v.

BUTTS, LLC, a Colorado limited liability company,

    Defendants.

---

**ORDER REGARDING MOTION FOR ENTRY OF
DEFAULT JUDGMENT AGAINST BUTTS, LLC**

---

The Court, having reviewed Plaintiff's Motion for Entry of Default Judgment Against Butts, LLC (Doc. # 46), and being fully advised therein, find that:

Defendant Butts, LLC has been regularly served with process. It has failed to appear and answer Plaintiff's Complaint filed in this action. The default of Defendant has been entered. It appears that Defendant is not an infant or incompetent person. An affidavit of non-military service has been filed. It appears from the affidavit that Plaintiff is entitled to judgment. Therefore, the Court hereby GRANTS the Motion and ORDERS that Plaintiff's Motion for Entry of Default Judgment Against Butts, LLC with Prejudice be entered with the Court, dismissing any claim that Butts, LLC may have in the insurance policies at issue in this matter.

The Court notes that as of October 2, 2009, Butts, LLC is the sole remaining defendant in this case.  Therefore, the Court ORDERS this case to be CLOSED.

DATED:  October  2  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge